IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 10-199 |
| DONALD ANTHONY YOUNG | : | |

## **ORDER**

AND NOW, this 5th day of May, 2011, it is ORDERED Defendant Donald Anthony Young's objection to the Presentence Investigation Report (PSR) is OVERRULED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.